# THE HARMAN FIRM, PC
### ATTORNEYS & COUNSELORS AT LAW
1350 BROADWAY, SUITE 1510, NEW YORK, NY 10018
TELEPHONE 212 425 2600  FAX 212 971 0417
WWW.THEHARMANFIRM.COM



March 26, 2008



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/08

**VIA FACSIMILE (212-805-7901)**

Honorable Harold Baer
United States District Judge
United States Courthouse- SDNY
500 Pearl Street, Room 2230
New York, New York 10007

Re:   Pilitsis v. Eber-Metro, LLC, et al., 07 Civ. 8143 (HB)

Dear Judge Baer:

I represent the plaintiff, Harry Pilitsis, in the above-referenced action for employment discrimination. On consent from opposing counsel, I write to respectfully request that your Honor issue an Order referring the above-referenced case to the Southern District of New York's Mediation Program. Furthermore, as the discovery deadline is currently set for March 30, 2008, and the parties have not yet completed discovery, it would be essential to both parties that discovery, as well as all other deadlines set in your Honor's scheduling order, be stayed pending the outcome of the mediation. As the trial date for his action is set for October, were mediation to not result in settlement, the parties would have ample time to complete discovery and motion practice, if necessary. Finally, I respectfully request that as part of your Honor's Order, it is declared that all parties, including all individually named defendants and representatives from the insurance policies that have been triggered by this action, be directed to be present (either in person or by phone) at such mediation.

Respectfully submitted,

Walker G. Harman, Jr.

Cc:   Dan Moore, Esq.

(1) I have forwarded the mediation order for mediation
(2) We don't stay discovery
(3) Parties provide a 30 day stop for the close of mediation done w/in 30 days or tell me
(4) 30 days comp of the pls dep'o and the balance of discovery last day June 30, 08
(5) Motions last day June 30, 08 & continues on
(6) Trial adjourned to ___ 1st argument on ___

/s/ Harold Baer, Jr., U.S.D.J.
3/27/08

Endorsement:

1. I have forwarded the mediation order.

2. We don't stay discovery for mediation.

3. I will provide a 60 day extension to May 30 for the close of discovery.

4. Get the mediation done within 30 days or come to me.

5. The balance of the pre-trial scheduling order, i.e., motions last day for fully briefed motions adjourned to June 30, 2008.

6. Trial continues on the October trailing trial calendar.