UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

| | |
|---|---|
| HARRY PILITSIS, | : 07cv8143(HB) |
|       Plaintiff, | : ORDER OF DISCONTINUANCE |
| -against- | : |
| | : |
| EBER BROS. WINE & LIQUOR | : |
| METRO, INC. et al., | : |
|       Defendants. | : |

------------------------------------------------------X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-21-08
```

**Hon. HAROLD BAER, JR., District Judge:**

    This cause having duly come on to be heard before me and the attorneys for all parties having advised the Court that all claims asserted herein are settled pursuant to Court Ordered Mediation, it is hereby
    ORDERED that the above entitled action be and hereby is discontinued with prejudice and without costs to either party.
    ORDERED that the Clerk of the Court is instructed to close any pending motions and references, close this case and remove it from my docket.

**SO ORDERED:**
New York, New York
April 23, 2008

_____
               U.S.D.J.


I hereby consent to the entry of this proposed order:

_____      _____
Attorneys for Plaintiff                        Attorneys for Defendants

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
HARRY PILITSIS,                       :    07cv8143(HB)
                    Plaintiff,        :    ORDER OF DISCONTINUANCE
        -against-                     :
                                      :
EBER BROS. WINE & LIQUOR              :
METRO, INC. et al.,                   :
                    Defendants.       :
------------------------------------------------X
```

**Hon. HAROLD BAER, JR., District Judge:**

This cause having duly come on to be heard before me and the attorneys for all parties having advised the Court that all claims asserted herein are settled pursuant to Court Ordered Mediation, it is hereby

ORDERED that the above entitled action be and hereby is discontinued with prejudice and without costs to either party.

ORDERED that the Clerk of the Court is instructed to close any pending motions and references, close this case and remove it from my docket.

**SO ORDERED:**
New York, New York
April __, 2008

_____
U.S.D.J.


I hereby consent to the entry of this proposed order:

_____        _____
Attorneys for Plaintiff                 Attorneys for Defendants